1    LAW OFFICES OF DALE K. GALIPO
     Dale K. Galipo (Bar No. 144074)
2    dalekgalipo@yahoo.com
     Eric Valenzuela (Bar No. 284500)
3    evalenzuela@galipolaw.com
     21800 Burbank Boulevard, Suite 310
4    Woodland Hills, California  91367
     Telephone:      (818) 347-3333
5    Facsimile:      (818) 347-4118

6    Attorneys for Plaintiff

7

8

9
                     UNITED STATES DISTRICT COURT
10
         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
11

12

13   LOIDA CAVAZOS,                           No.  1:23-CV-00859-JLT-BAM

14              Plaintiff,
                                              **JOINT STATUS REPORT**
15        v.
                                              **U.S. Magistrate Judge: Barbara A.**
16   COUNTY OF FRESNO, et al,                 **McAuliffe**

17              Defendants.
                                              **Date:  May 1, 2024**
18                                            **Time: 9:30 a.m.**
                                              **Courtroom:  8**
19

20

21        Pursuant to the Court's Order (Doc. 26), the parties hereby jointly submit this joint status

22   report regarding any remaining discovery issues.

23        After the Court issued the stipulated Protective Order, the Defendants produced the "Raw

24   Data" materials relating to the incident, which were previously discussed with the Court.

25        The only remaining discovery issue is when the Plaintiff will be able to obtain the actual

26   investigation materials related to the deputy involved shooting and there has been no indication as

27   to when the District Attorney will conclude its review of this fatal shooting.  Since Plaintiff still

28
                                            1                    Case No. 1:23-cv-00859

1   needs to obtain the investigation materials related to this shooting, and because there is no

2   indication as to when the D.A.'s review of the shooting will conclude, Plaintiff's counsel believes

3   that a status conference is still necessary.

4

5

6   Dated:  April 24, 2024                    PRENTICE LONG, PC

7
                                             By:___s/ Margeret E. Long_____
8                                               MARGARET E. LONG, Attorney for
                                                Defendants County of Fresno and Fresno
9                                               County Sheriff's Department

10

11

12  Dated:  April 24, 2024                    LAW OFFICE OF DALE K. GALIPO

13

14                                           By:__s/ Eric Valenzuela_____
                                                DALE K. GALIPO
15                                              ERIC VALENZUELA
                                                Attorneys for Plaintiff Loida Cavazos
16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT