**PRENTICE LONG, PC**
Margaret E. Long – SBN 227176
Caitlin Smith – SBN 269716
Andrew Plett – SBN 301735
2240 Court Street
Redding, CA 96001
Telephone:   (530) 691-0800
Facsimile:    (530) 691-0700
E-Mail:   margaret@prenticelongpc.com
             caitlin@prenticelongpc.com
             andrew@prenticelongpc.com

Attorneys for Defendants County of Fresno
and Emilo Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO; EMILO REYES; and DOES 2-10, inclusive,<br><br>          Defendants. | No.  1:23-CV-00859-JLT-BAM<br><br>**NOTICE OF APPEARANCE OF ASSOCIATE ATTORNEY** |

     Andrew Plett, of the law firm Prentice Long, PC hereby enters his appearance as associate attorney on behalf of Defendants County of Fresno and Emilo Reyes.

/ / /

/ / /

/ / /

/ / /

/ / /

1 In accordance with Eastern District of California C.L.R, the undersigned certifies that he is a member in good standing of the bar of this court.

Dated:  May 23, 2024                              PRENTICE LONG, PC

By:   */s/ Andrew Plett*
MARGARET E. LONG
CAITLIN SMITH
ANDREW PLETT
Attorneys for Defendants
County of Fresno and Emilo Reyes

RE: *Cavazos v. Fresno County, et al.*
   U.S. District Court, Eastern District Case No. 1:23-CV-00859-JLT-BAM

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2240 Court Street, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**NOTICE OF APPEARANCE OF ASSOCIATE ATTORNEY**

__X__   BY ELECTRONIC SERVICE: through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

Dale K. Galipo, Esq.                                   *Attorneys for Plaintiff*
Eric Valenzuela, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
E-Mail: dalekgalipo@yahoo.com
           evalenzuela@galipolaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed May 23, 2024, at Redding, California.

   */s/ Caren Miller*
   Caren Miller