LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>    Defendants. | CASE NO.  1:23-cv-00859-JLT-BAM<br><br>**PLAINTIFF'S UPDATED LIST OF DISCOVERY MATERIALS THAT SHE BELIEVES SHOULD BE PRODUCED PURSUANT TO THE REVISED PROTECTIVE ORDER** |

Pursuant to the Court's Minute Order (Dkt. # 38), Plaintiff hereby submits her updated list of the materials which Plaintiff's believe should be produced pursuant to the revised protective order.  This list contains documents from both the County of Fresno Sheriff's Department and their Coroner's Office.

This list is being produced based off of the privilege log previously provided by the defense.

1.)    Final Coroner Report;

2.)    Report of Postmortem Examination;

3.)    Forensic Laboratory Report (toxicology report);

4.)    Postmortem X-rays;

5.)    Postmortem Examination Photographs;

1    6.)    Postmortem Diagram;

2    7.)    Coroner's Photographs of the Scene;

3    8.)    Record of Death Report;

4    9.)    Ambulance Run Report;

5    10.)    Capture of Google Maps Images of Scene Used During Investigation;

6    11.)    Marked Printouts of Google Maps of Scene;

7    12.)    Photographs of Concrete Paver;

8    13.)    Photographs of Defendant Deputy Reyes;

9    14.)    CAD Event Printout;

10    15.)    Draft Notification of Internal Affairs Investigation;

11    16.)    Internal Affairs Interview of Defendant Reyes videos;

12    17.)     Internal Affairs Interview of Defendant Reyes audio; and

13    17.)    CLETS Materials.

14

15    Respectfully Submitted,

16

17    DATED: June 4, 2024          LAW OFFICES OF DALE K. GALIPO

18
                                   */s/ Eric Valenzuela*___
19                                 Eric Valenzuela
20                                 Attorneys for Plaintiff

21

22

23

24

25

26

27

28

-2-                                          Case No. 1:23-cv-00859-JLT-BAM
PLAINTIFF'S UPDATED LIST