1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, CA  91367
   Telephone:  (818) 347-3333
4  Facsimile:   (818) 347-4118

5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LOIDA CAVAZOS, | Case No. 1:23-CV-00859-JLT-BAM |
|---|---|
| Plaintiff, | [*Hon. Barbara A. McAuliffe*] |
| v. | **JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| COUNTY OF FRESNO, et al, | |
| Defendants. | [[Proposed] *Order submitted concurrently herewith*] |

TO THIS HONORABLE COURT, Plaintiffs and Defendants, by and through their respective attorneys of record, hereby stipulate to continue the discovery deadlines in the case.

WHEREAS, extensive discovery has been conducted to date. There has been written discovery propounded and responded thereto and subpoenas served on third parties.

WHEREAS, the parties have been in settlement discussions and the parties agreed to hold off on the party depositions until the mediation had concluded.

WHEREAS, the parties also wish to conduct a mediation before incurring the substantial expenses associated with retaining their respective experts.

WHEREAS, the parties have a private mediation scheduled for December 4, 2024.

WHEREAS, the non-expert discovery cutoff is currently September 20, 2024, and the expert disclosure is October 30, 2024. See Court's Order [Doc. 12].

WHEREAS, in order to promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to expert retention, preparation and expert discovery, the parties request that the pending controlling dates set forth in the Court's Scheduling Conference Order be continued approximately (90) days.

5. There have been no prior requests for continuance or extension regarding discovery.

6. Such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Non-expert Discovery Cut Off: | 9/20/24 | 12/20/24 |
| Expert Disclosures: | 10/30/24 | 1/31/25 |

| | | |
|---|---|---|
| Supplemental Expert Disclosures: | 12/18/24 | 3/21/25 |
| Expert Discovery Cut Off: | 2/14/25 | 5/16/25 |

7. All other pre-trial and trial dates would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

DATED: September 11, 2024        LAW OFFICES OF DALE K. GALIPO

                                 By /s/ Eric Valenzuela
                                    Dale K. Galipo
                                    Eric Valenzuela
                                    Attorneys for Plaintiffs

DATED: September 11, 2024        PRENTICE LONG, PC

                                 By /s/ Margaret E. Long
                                    Margaret E. Long
                                    Attorneys for Defendants