# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al,<br><br>Defendants | Case No. 1:23-CV-00859-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The parties having stipulated thereto and good cause appearing,

IT IS ORDERED:

The schedule set forth in the Court's Order [Doc. 12], is modified as follows:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Non-expert Discovery Cut Off: | 9/20/24 | 12/20/24 |
| Expert Disclosures: | 10/30/24 | 1/31/25 |
| Supplemental Expert Disclosures: | 12/18/24 | 3/21/25 |
| Expert Discovery Cut Off: | 2/14/25 | 5/16/25 |

All other pre-trial and trial dates remain in effect.

**IT IS SO ORDERED.**

Dated: _____, 2024           _____
                                      HONORABLE BARBARA A. MCAULIFFE
                                      UNITED STATES MAGISTRATE JUDGE