LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LOIDA CAVAZOS, | Case No. 1:23-CV-00859-JLT-BAM |
|---|---|
| Plaintiff, | [*Hon. Barbara A. McAuliffe*] |
| v. | **JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| COUNTY OF FRESNO, et al, | |
| Defendants. | [*[Proposed] Order submitted concurrently herewith*] |

TO THIS HONORABLE COURT, Plaintiffs and Defendants, by and through their respective attorneys of record, hereby stipulate to continue the discovery deadlines in the case.

WHEREAS, extensive discovery has been conducted to date. There has been written discovery propounded and responded thereto, subpoenas served on third parties and party depositions noticed.

WHEREAS, there was a substantial delay in obtaining and producing the investigation materials regarding this fatal deputy-involved-shooting because of the ongoing criminal investigation and because of the time it took the District Attorney to formally decide that they would forego any prosecution of the Defendant deputy.

WHEREAS, after several hearings before the Court, the parties eventually entered into a stipulated protective order, and the investigative materials were produced.

WHEREAS, the investigative materials are very voluminous and contained numerous hours of recorded interviews, 911 calls, and radio communications, several hundred photos and pages of reports.

WHEREAS, after reviewing all the investigative materials the Plaintiffs noticed the deposition of the Defendant deputy, however, due to the schedules of the attorneys and the deputy, the parties have been unable take the depositions of both parties and do not anticipate to be able to take all the necessary depositions by the current discovery cutoff. The non-expert discovery cutoff is currently September 20, 2024, and the expert disclosure is October 30, 2024. See Court's Order [Doc. 12].

WHEREAS, the parties have a private mediation scheduled for December 4, 2024.

WHEREAS, the parties request that the pending controlling dates set forth in the Court's Scheduling Conference Order be continued approximately (90) days.

WHEREAS, the parties request will not affect the current trial date scheduled for October of next year.

WHEREAS, there have been no prior requests for continuance or extension regarding discovery.

6.　Such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Non-expert Discovery Cut Off: | 9/20/24 | 12/20/24 |
| Expert Disclosures: | 10/30/24 | 1/31/25 |
| Supplemental Expert Disclosures: | 12/18/24 | 3/21/25 |
| Expert Discovery Cut Off: | 2/14/25 | 5/16/25 |

7.　All other pre-trial and trial dates would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

-3-
JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES

| | | |
|---|---|---|
| 1 | DATED: September 13, 2024 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | By  */s/ Eric Valenzuela* |
| 4 | |      Dale K. Galipo |
| | |      Eric Valenzuela |
| 5 | |      Attorneys for Plaintiffs |
| | | |
| 9 | DATED: September 13, 2024 | PRENTICE LONG, PC |
| 10 | | |
| 11 | | By  */s/ Margaret E. Long* |
| 12 | |      Margaret E. Long |
| | |      Attorneys for Defendants |