UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　　Defendants. | Case No.  1:23-cv-00859-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>(Doc. 47) |

　　　　On September 11, 2024, the parties filed a joint stipulation and request to modify the Scheduling Conference Order to extend the non-expert and expert discovery deadlines, including expert disclosure deadlines, an additional ninety (90) days.  (Doc. 45.)  The Court did not find good cause to grant the requested modification of the Scheduling Conference Order and denied the stipulation without prejudice.  (Doc. 46.)

　　　　On September 13, 2024, the parties filed a second joint stipulation and request to modify the Scheduling Conference Order to extend the non-expert and expert discovery deadlines an additional ninety (90) days.  (Doc. 47.)  The parties explain that while extensive discovery has been completed, there was a substantial delay in obtaining and producing the investigation materials regarding this fatal deputy-involved-shooting.  After several hearings with the Court, the parties entered a stipulated protective order, and the investigative materials were produced.

1

1  The investigative materials are reportedly voluminous, and after reviewing all of the materials,
2  Plaintiffs noticed the deposition of the Defendant deputy.  However, due to the schedules of the
3  attorneys and the deputy, the parties have unable to take the depositions of both parties and do not
4  anticipate being able to take all the necessary depositions by the current discovery cutoff of
5  September 20, 2024.  (*Id.*)  The parties again inform the Court that they have a private mediation
6  scheduled for December 4, 2024.  (*Id.*)

7  Having considered the parties' stipulation, the Court finds good cause to grant the
8  requested modification of the Scheduling Order issued on September 6, 2023.  Fed. R. Civ. P.
9  16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").  The
10 parties have adequately explained why the non-expert and expert discovery deadlines cannot be
11 met and why discovery cannot be completed in the time allotted.  *See Johnson v. Mammoth*
12 *Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (indicating district court may modify pretrial
13 schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension").

14 Accordingly, the parties' joint stipulation is GRANTED.   The Scheduling Conference
15 Order is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | December 20, 2024 |
| Expert Disclosures: | January 31, 2025 |
| Supplemental Expert Disclosures: | March 21, 2025 |
| Expert Discovery Cutoff: | May 16, 2025 |

19 All other pretrial and trial dates remain as scheduled, including the pretrial motion filing deadline
20 of March 7, 2025, the pretrial conference on August 25, 2025, and trial on October 28, 2025.

IT IS SO ORDERED.

Dated:  **September 17, 2024**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2