LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; EMILO REYES and DOES 2-10, inclusive,<br><br>Defendants. | **Case No. 1:23-CV-00859-JLT-BAM**<br><br>**STIPULATION TO DISMISS DEFENDANT EMILO REYES WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that this Court dismiss individual Defendant EMILO REYES in case number 1:23-CV-00859-JLT-BAM with prejudice.

This stipulation does not apply to Defendant COUNTY OF FRESNO.

**IT IS SO STIPULATED.**

DATED: April 7, 2025   LAW OFFICES OF DALE K. GALIPO

By  */s/ Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiff

DATED: April 7, 2025   PRENTICE LONG, PC

By  */s/ Margaret E. Long*
Margaret E. Long
Attorneys for Defendants