1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9
10

| 11 | LOIDA CAVAZOS, | **Case No. 1:23-CV-00859-JLT-BAM** |
|----|----|----|
| 12 | Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF DEFENDANT EMILO REYES WITH PREJUDICE** |
| 13 | vs. | |
| 14 | COUNTY OF FRESNO; EMILO REYES and DOES 2-10, inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | |

18
19
20
21
22
23
24
25
26
27
28

-1-
ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

## **ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED,** that the Defendant EMILO REYES in USDC case no. 1:23-CV-00859-JLT-BAM is hereby dismissed, with prejudice.

This Order does not apply to Defendant COUNTY OF FRESNO.

**IT IS SO ORDERED.**

Dated:  April___, 2025

_____
HONORABLE BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE