LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; EMILO REYES and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 1:23-CV-00859-JLT-BAM<br><br>**NOTICE OF SETTLEMENT** |

1

Case No. 1:23-CV-00859-JLT-BAM
NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties have reached a complete settlement of this entire case. The parties anticipate filing the Stipulation of Dismissal of entire action in approximately forty-five (45) days.

DATED: April 7, 2025          LAW OFFICES OF DALE K. GALIPO

By  */s/ Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiff

DATED: April 7, 2025          PRENTICE LONG, PC

By  */s/ Margaret E. Long*
Margaret E. Long
Attorneys for Defendants