LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAVAZOS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al,<br><br>Defendants. | Case No. 1:23-CV-00859-JLT-BAM<br><br>[*Hon. Barbara A. McAuliffe*]<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41 (a)(2), that this Court enter a Dismissal of the entire action for case number 1:23-CV-00859-JLT-BAM with prejudice.  All parties shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED:   April 30, 2025		LAW OFFICES OF DALE K. GALIPO


			By:   /s/ *Eric Valenzuela*
				Eric Valenzuela
				Attorneys for Plaintiffs


DATED:   April 30, 2025		PRENTICE LONG, PC


			By:   /s/ *Margaret E. Long*
				Margaret E. Long
				Attorneys for Defendants