# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LOIDA CAVAZOS, | Case No. 1:23-CV-00859-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF FRESNO, et al, | |
| Defendants | |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation to dismiss is **GRANTED**. Plaintiff's Complaint in USDC Case No. 1:23-CV-00859-JLT-BAM is hereby **DISMISSED IN ITS ENTIRETY WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Honorable Barbara A. McAuliffe
United States Magistrate Judge